NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET ADU, et al., <br><br> Plaintiff, <br><br> v. <br><br> A.T.I. U.S.A., INC., et al., <br><br> Defendants. | Civil Action No. 13-3835 (JLL) <br><br> **OPINION** |

**LINARES, District Judge.**

This matter comes before the Court by way of Defendants A.T.I. U.S.A. and CMA CGM's requests for entry of dismissal of Plaintiff's Complaint with prejudice for failure to file an amended complaint by the deadline specified by the Court in its August 23, 2013 and August 28, 2013 Orders. [CM/ECF Nos. 6, 8.] Although Plaintiff's attorney no longer represents Plaintiff as of October 28, 2013, [CM/ECF No. 12], since she represented Plaintiff as of the dates of the Court's previous Orders, the Court assumes that Plaintiff's attorney informed Plaintiff of the deadlines to amend when those Orders were issued. Therefore, because Plaintiff failed to file a Complaint within the thirty-day time period specified by this Court in its aforementioned Orders,

**IT IS** on this 4 day of **November, 2013,**

**ORDERED** that Plaintiff's Complaint is hereby dismissed **with prejudice.**

**IT IS SO ORDERED.**

José L. Linares
United States District Judge